AO 109 (Rev. 11 13) Warrant to Seize Property Subject to Forfeiture

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

In the Matter of the Seizure of )
(Briefly describe the property to be seized) )  22-MR-978
$10,970.00 of United States Currency )  Case No. 785145-22-0055
)
)
)

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the _____ District of _____ New Mexico _____ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

The $10,970.00 of U.S. currency; was seized on 05-31-2022, by Albuquerque Police Department (APD), from Roberto Jose FIGUEROA

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before _____ July 5, 2022 _____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
   Honorable Laura Fashing   .
   (United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized (check the appropriate box)
   ☐ for _____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   11:40 AM, Jun 21, 2022        _Laura Fashing_
                                                         Judge's signature

City and state:   Albuquerque, New Mexico            Laura Fashing, U.S. Magistrate Judge
                                                         Printed name and title

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 785145-22-0055 | 6/24/22 09:15 AM | APD Crime Lab |

Inventory made in the presence of:
ATF SA Charles DuBois  *[signature] Irene Sisneros*

Inventory of the property taken:
$10,970.00 of United States currency

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/24/22

*[signature]*
Executing officer's signature

Charles Dubois, Special Agent
*Printed name and title*